**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUSAN L. CURCI,**

    **Plaintiff,**

v.                                               Case No.  8:14-cv-780-T-30AEP

**THE REP FOR VETS LLC and NATIONAL**
**VETERANS DISABILITY ADVOCATES**
**LLC,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant National Veterans Disability Advocates LLC's Motion to Dismiss and/or Stay Pending Compliance with the Grievance and Arbitration Procedures of the Collective Bargaining Agreement (Dkt. 4) and Plaintiff Susan L. Curci's Response in Opposition (Dkt. 12).  The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be granted to the extent that Plaintiff must comply with the grievance and arbitration procedures of the collective bargaining agreement.

## DISCUSSION

Plaintiff Susan L. Curci is proceeding in this case *pro se*.  Curci, who was terminated from her employment with Defendant National Veterans Disability Advocates LLC, alleges

employment discrimination claims related to race, age, and retaliation. Defendant National Veterans Disability Advocates moves, in part, to stay this action because Curci failed to comply with the grievance and arbitration procedures of the collective bargaining agreement. The Court agrees that Curci cannot pursue her claims in this Court without first exhausting the mandatory grievance and arbitration procedures.

The record reflects that Curci was subject to the terms and conditions of National Veterans' Collective Bargaining Agreement ("CBA"). Article 9 of the CBA, titled "Adjustment of Disputes", specifically delineates the grievance and arbitration procedures that Curci must follow as the sole remedy for resolving Curci's disputes arising out of her employment. Curci's response acknowledges that she did not follow these procedures.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant National Veterans Disability Advocates LLC's Motion to Dismiss and/or Stay Pending Compliance with the Grievance and Arbitration Procedures of the Collective Bargaining Agreement (Dkt. 4) is granted to the extent that this action shall be STAYED pending Curci's exhaustion of the grievance and arbitration procedure as outlined in Article 9 of the CBA.

2. The Clerk of Court is directed to close this case and terminate any pending motions as moot.

3. Any party may move to re-open this case within thirty (30) days of the conclusion of the grievance and arbitration process.

**DONE** and **ORDERED** in Tampa, Florida on April 30, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-780.compelarbitration.frm